**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Action No. 06-cv-00805-LTB

JOHN DOES I - IV,

    Plaintiffs,

v.

MOISES RODRIGUEZ, individually, and in his official capacity,
    a/k/a MOISES RODRIGUEZ-TENA
    a/k/a MOISES TENA RODRIGUEZ,

MARIA RODRIGUEZ, individually and in her official capacity,

ANDREW L. GRANT, individually, and in his official capacity, and

GRANT FAMILY FARMS, Inc., a Colorado corporation.

    Defendants.

_____

**Order**
_____

    Defendant Andrew L. Grant ("Grant") on October 13, 2006 filed a motion to dismiss Plaintiffs' complaint for violations of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* and the Migrant and Seasonal Agricultural Workers Protection Act, 29 U.S.C. § 1801 *et seq.* Grant contends that the complaint lacks well-plead facts that, even taken as true, show the necessary nexus between Grant and the actions alleged in the complaint. Plaintiffs have not responded to Grant's motion to dismiss, but on November 2, 2006 Plaintiffs filed an Amended Complaint, containing additional factual allegations about Grant and his role in the events alleged in the complaint, and adding an additional claim against Grant for unjust enrichment. Grant has not

responded to the Amended Complaint.

In order to more fully develop the legal issues presented in Grant's motion, and to address the additional factual allegations contained in the Amended Complaint, the following briefing schedule is established:

1) Grant's Amended Motion to Dismiss, in response to the Amended Complaint, is due no later than January 8, 2007.

2) Plaintiffs response is due no later than January 26, 2007.

3) Grant's reply is due no later than February 7, 2007.

DONE and ORDERED, this   20th   day of December, 2006 at Denver, Colorado.

                                            s/Lewis T. Babcock  
                                            United States District Chief Judge

.