**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.        06-cv-805-LTB-MEH

JOHN DOES I-V,

        Plaintiffs,

v.

MOISES RODRIGUEZ, individually, and in his official capacity,
        a/k/a MOISES RODRIGUEZ-TENA
        a/k/a MOISES TENA RODRIGUEZ,  *et al.*

        Defendants.

_____

**PLAINTIFFS' MOTION SEEKING CLERK'S ENTRY OF DEFAULT AGAINST**
**DEFENDANTS MOISES RODRIGUEZ AND MARIA RODRIGUEZ**
**PURSUANT TO Fed. R. Civ. P. 55(a)**

_____

        Plaintiffs in the above-stated action respectfully request that the court enter default against

defendants Moises Rodriguez and Maria Rodriguez, pursuant to Fed.R.Civ.P. 55(a).   In support of

this motion, plaintiffs state the following:

        1.        This action was filed with the Court on April 26, 2006, alleging violations by

defendants Moises Rodriguez and Maria Rodriguez of the Migrant and Seasonal Agricultural

Worker Protection Act, 29 U.S.C. § 1801 *et seq.;* the Fair Labor Standards Act, 29 U.S.C. § 201 *et*

*seq.;* the Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. § 1961 *et seq.,* and

the Trafficking Victims Protection Reauthorization Act of 2003, 18 U.S.C. § 1589 *et seq.*

(Document 1).

2.      On August 11, 2006, Jefferson County Deputy Sheriff Wade Flecksteiner

personally served upon defendant Moises Rodriguez the summons and complaint in this action.

(Document 4, Affidavit of Service filed Aug. 16, 2006)).

3.      On August 9, 2006, Douglas County Deputy Sheriff Randall S. Hennessey

personally served upon defendant Maria Rodriguez the summons and complaint in this action.

(Document 3, Affidavit of Service filed Aug. 16, 2006).

4.      Pursuant to Fed.R.Civ.P. 12(a)(1)(A), defendant Moises Rodriguez was required to

respond to the complaint within 20 days of service of the summons and complaint upon him.

5.      Also, pursuant to Fed.R.Civ.P. 12(a)(1)(A), defendant Maria Rodriguez was

required to respond to the complaint within 20 days of service of the summons and complaint upon

her.

6.      More than 20 days have elapsed since the dates on which the summons and

complaint were served upon defendants Moises Rodriguez and Maria Rodriguez.

7.      Defendant Moises Rodriguez and Maria Rodriguez have failed to answer or

otherwise defend as to plaintiffs' complaint in this action or to serve a copy of any answer or other

defense which defendants might have upon the plaintiffs' attorney of record.


WHEREFORE, plaintiffs, through their attorney, respectfully request that this motion be

granted, that the Court enter default against defendants Moises Rodriguez and Maria Rodriguez.

Dated: September 21, 2007

/s Patricia Medige
Patricia Medige
**Colorado Legal Services**
1905 Sherman Street, Suite 400
Denver, CO  80203
Telephone: (303) 866-9385
FAX: (303) 830-7860
E-mail:   pmedige@colegalserv.org