IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00805-LTB-MEH

JOHN DOES I - V,

Plaintiffs,
v.

MOISES RODRIGUEZ, individually and in his official capacity,
MARIA RODRIGUEZ, individually and in her official capacity,
ANDREW L. GRANT, individually and in his official capacity, and
GRANT FAMILY FARMS, INC., a Colorado corporation,

Defendants.

## AMENDED CLERK'S NOTE

This matter is before the Clerk's office on a .  Upon examination of our records, we find that defendant, Maria Rodriguez was served on August 9, 2006 and Moises Rodriguez was

It is noted that the affidavit concerning defendant(s) military status required by Servicemember's Civil Relief Act of 2003, Pub.L.No. 108-189, 117 Stat. 2835 did not accompany the motion.  Therefore,

DEFAULT of defendant  will not be entered.

DATED: September 25, 2007.

GREGORY C. LANGHAM, CLERK

By:  s/ Debra Nawls
     Deputy Clerk

Page 2
06-cv-00938-LTB-MJW

CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on September 25, 2007, I mailed a copy of the Clerk's Note using the CM/ECF system which will send notification of such filing to the following individuals:

See Attached NEF

And I hereby further certify that I have mailed the above mentioned document to the following non CM/ECF participants:

Maria Rodriguez
4000 Justice Way
Castle Rock, CO 80109

Moises Rodriguez
9595 W. Quincy Avenue
Littleton, CO 80123

GREGORY C. LANGHAM, CLERK

By:   s/ Debra Nawls
        Deputy Clerk