IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00805-LTB-MEH

JOHN DOES I - IV,

    Plaintiffs,

v.

MOISES RODRIGUEZ, individually, and in his official capacity,
a/k/a MOISES RODRIGUEZTENA
a/k/a MOISES TENA RODRIGUEZ,
MARIA RODRIGUEZ, individually and in her official capacity,
ANDREW L. GRANT, individually, and in his official capacity, and
GRANT FAMILY FARMS, Inc., a Colorado corporation,

    Defendants.

## ENTRY OF DEFAULT

It appearing from the file in this office that a return of service was filed showing service on defendant Maria Rodriguez, served on August 09, 2006; and Moises Rodriguez, served on August 11, 2006; and that said defendants have failed to file a pleading or otherwise defend, default is entered against **Maria Rodriguez, Individually and Moises Rodriguez, Individually** pursuant to Fed.R.Civ.P. 55(a).

DATED: September 25, 2007.

                                                     GREGORY C. LANGHAM, CLERK

                                      By:   s/ Edward P. Butler
                                                  Edward P. Butler
                                                  Deputy Clerk

Page 2
06-cv-00938-LTB-MJW

CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on September 25, 2007, I mailed a copy of the Clerk's Note using the

CM/ECF system which will send notification of such filing to the following individuals:

See Attached NEF

And I hereby further certify that I have mailed the above mentioned document to the

following non CM/ECF participants:

Maria Rodriguez
4000 Justice Way
Castle Rock, CO 80109

Moises Rodriguez
9595 W. Quincy Avenue
Littleton, CO 80123


GREGORY C. LANGHAM, CLERK


By:  s/ Debra Nawls
     Deputy Clerk