IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00805-LTB-MEH

JOHN DOES I - V,

    Plaintiffs,

v.

MOISES RODRIGUEZ, individually and in his official capacity,
MARIA RODRIGUEZ, individually and in her official capacity,
ANDREW L. GRANT, individually and in his official capacity, and
GRANT FAMILY FARMS, INC., a Colorado corporation,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, September 26, 2007.**

    For good cause shown, Plaintiffs' Unopposed Motion for a Stay as to Defendant Andrew Grant, and to Vacate Fed. R. Civ. P. 16(b) Conference [Filed September 24, 2007; Docket #34] is **granted**. This matter is stayed as to Defendant Andrew Grant pending the U.S. Bankruptcy Court's ruling on the related settlement agreement. Plaintiffs shall file a status report every thirty days.

    It is FURTHER ORDERED that the Scheduling Conference set for October 1, 2007, is **vacated**, as are all other discovery-related deadlines.