IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Action No. 06-cv-00805-LTB-MEH

JOHN DOES I - V

    Plaintiffs,

v.

MOISES RODRIGUEZ, individually, and in his official capacity,
MARIA RODRIGUEZ, individually, and in his official capacity,
ANDREW L. GRANT, individually, and in his official capacity, and
GRANT FAMILY FARMS, INC, a Colorado corporation

    Defendants.
_____

**ORDER**
_____

Upon Plaintiffs' Unopposed Motion to Administratively Close Civil Action Against Defendant Andrew Grant (Doc 51 - filed January 20, 2008) it is

ORDERED that the Motion in GRANTED and this action is administratively closed as to Defendant Andrew Grant, without prejudice, and subject to reopening for good cause.

                              BY THE COURT:

                                s/Lewis T. Babcock
                                Lewis T. Babcock, Judge

DATED:   January 22, 2008