IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00805-LTB-MEH

JOHN DOES I - V

    Plaintiffs,

v.

MOISES RODRIGUEZ, individually, and in his official capacity,
MARIA RODRIGUEZ, individually, and in her official capacity,
ANDREW L. GRANT, individually, and in his official capacity, and
GRANT FAMILY FARMS, INC, a Colorado corporation

    Defendants.
_____

ORDER
_____

Upon Plaintiffs' Unopposed Motion to Dismiss Civil Action against Andrew Grant and Grant Family Farms (Doc 53, filed Feb. 24, 2008) it is

ORDERED that the Motion is GRANTED and that this action is dismissed as to Defendants Andrew Grant and Grant Family Farms, with prejudice. All claims asserted against Defendants Andrew Grant and Grant Family Farms in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action.

                        BY THE COURT:

                         s/Lewis T. Babcock
                         LEWIS T. BABCOCK, Judge

DATED: February 25, 2008