IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00805-LTB-MEH

JOHN DOES I - V,

       Plaintiffs,

v.

MOISES RODRIGUEZ, individually and in his official capacity, and
MARIA RODRIGUEZ, individually and in her official capacity,

       Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 30, 2009.**

In light of the Order dismissing Defendants Andrew Grant and Grant Family Farms with prejudice [filed February 25, 2008; docket #54], Andrew L. Grant's Unopposed Motion to be Excused from Status Conference [filed March 25, 2009; docket #56] is **denied as moot**, as Andrew L. Grant is no longer a party to this action.