IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00805-LTB-MEH

JOHN DOES I - V

       Plaintiffs,

v.

MOISES RODRIGUEZ, individually, and in his official capacity,
MARIA RODRIGUEZ, individually, and in her official capacity,

       Defendants.
_____

AMENDED ORDER GRANTING RULE 55(B)(2) DEFAULT JUDGMENT
_____

The Court found defendants Moises Rodriguez and Maria Rodriguez in default on September 25, 2007. (Doc. 37). Plaintiffs now move the court for default judgment pursuant to Fed. R. Civ. P. 55(b). (Doc. 60).

Upon Consideration of Plaintiffs' Motion for Rule 55(b)(2) Default Judgment, memorandum, and exhibits submitted herein, it is hereby ORDERED that the Motion is GRANTED. The Court orders default judgment as to remaining defendants Moises Rodriguez and Maria Rodriguez, jointly and severally, to enter in favor of Plaintiffs in the amounts they requested, as follows:

       -Plaintiff John Doe I is awarded $1,574,855.34.

       -Plaintiff John Doe II is awarded $1,574,767.32.

       -Plaintiff John Doe III is awarded $1,574,186.38.

       -Plaintiff John Doe IV is awarded $1,574,107.38.

       -Plaintiff John Doe V is awarded $1,574,394.56.

The total award is $7,872,310.98 jointly and severally against Defendants Moises and Maria Rodriguez.

The Clerk is directed to close the case.

Entered this <u>  14th  </u> day of <u>   April   </u>, 2009.

BY THE COURT:

<u>  s/Lewis T. Babcock          </u>
Lewis T. Babcock
United States District Judge