IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 06-cv-00805-LTB-MEH

JOHN DOES 1-V,

Plaintiffs,

v.

MOISES RODRIGUEZ, individually, and in his official capacity,
MARIA RODRIGUEZ, individually, and in her official capacity,
ANDREW L. GRANT, individually, and in his official capacity, and
GRANT FAMILY FARMS, INC., a Colorado corporation,

Defendants.
_____

DEFAULT JUDGMENT
_____

PURSUANT to and in accordance with the Order entered by the Honorable United States District Judge Lewis T. Babcock, on February 25, 2008, it is

FURTHER ORDERED that the Plaintiffs' Unopposed Motion to Dismiss Civil Action Against Andrew Grant and Grant Family Farms is granted and the action is dismissed with prejudice as to Andrew Grant and Grant Family Farms. Each party shall bear its own costs and attorneys' fees.

PURSUANT to and in accordance with the Amended Order Granting Rule 55(B)(2) Default Judgment entered by the Honorable United States District Judge Lewis T. Babcock, on April 14, 2009, it is

FURTHER ORDERED that Plaintiffs' Motion for Rule 55(b)(2) Default Judgment is granted. It is

FURTHER ORDERED that default judgment as to the remaining Defendants Moises Rodriguez and Maria Rodriguez, jointly and severally, is entered in favor of Plaintiffs John Does 1 - V and against the Defendants in the following amounts:

-Plaintiff John Doe I is awarded $1,574,855.34.

-Plaintiff John Doe II is awarded $1,574,767.32.

-Plaintiff John Doe III is awarded $1,574,186.38.

-Plaintiff John Doe IV is awarded $1,574,107.38.

-Plaintiff John Doe V is awarded $1,574,394.56.

The total award is $7,872,310.98 jointly and severally against Defendants Moises and Maria Rodriguez.  It is

FURTHER ORDERED that the Clerk is directed to close the case.  It is

FURTHER ORDERED that post-judgment interest shall accrue at the legal rate of .60% from the date of entry of this Default Judgment.

DATED at Denver, Colorado this __15th__ day of April, 2009.

FOR THE COURT:

GREGORY C. LANGHAM, CLERK


By: _s/ Edward P. Butler_
Edward P. Butler, Deputy Clerk